**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TONY L. HOBSON,   )<br>            )<br>    Plaintiff,   )<br>            )<br>    v.       )<br>            )<br>CLARK COUNTY NEVADA,   )<br>            )<br>    Defendants.   )<br>_____ ) | 2:16-cv-00437-JAD-VCF<br><br>**ORDER** |

**I.    DISCUSSION**

On September 23, 2016, the Court issued a screening order permitting the excessive force claim against Cera and Corona and the procedural due process claim against Graham, Smith, and Scando to proceed. (ECF No. 4 at 7). The Court dismissed all other claims with leave to amend. (*Id.*). The Court granted Plaintiff until October 23, 2016, to file an amended complaint. (*Id.*). The Court specifically stated that, if Plaintiff chose not to file an amended complaint, the action would proceed against Cera, Corona, Graham, Smith, and Scando only. (*Id.* at 8). Plaintiff has not filed an amended complaint. Pursuant to the screening order, this action shall proceed on the excessive force claim against Cera and Corona and the procedural due process claim against Graham, Smith, and Scando only.

**II.   CONCLUSION**

For the foregoing reasons, IT IS ORDERED that, pursuant to the Court's screening order (ECF No. 4), this action shall proceed on the excessive force claim against Cera and Corona and the procedural due process claim against Graham, Smith, and Scando only.

IT IS FURTHER ORDERED that the Clerk of Court **SHALL ISSUE** summonses for Defendants Cera, Corona, Graham, Smith, and Scando, **AND DELIVER THE SAME**, to the U.S. Marshal for service. The Clerk **SHALL SEND** to Plaintiff **five (5)** USM-285 forms. The

Clerk also **SHALL SEND** a copy of the complaint (ECF No. 5) and a copy of this order to the U.S. Marshal for service on Defendant(s).  Plaintiff shall have **thirty (30) days** within which to furnish to the U.S. Marshal the required USM-285 forms with relevant information as to each Defendant on each form.  Within **twenty (20) days** after receiving from the U.S. Marshal a copy of the USM-285 forms showing whether service has been accomplished, Plaintiff must file a notice with the Court identifying which Defendant(s) were served and which were not served, if any.  If Plaintiff wishes to have service again attempted on an unserved Defendant(s), then a motion must be filed with the Court identifying the unserved Defendant(s) and specifying a more detailed name and/or address for said Defendant(s), or whether some other manner of service should be attempted.

    **IT IS FURTHER ORDERED** that henceforth, Plaintiff shall serve upon Defendants or, if appearance has been entered by counsel, upon the attorney(s), a copy of every pleading, motion or other document submitted for consideration by the Court.  Plaintiff shall include with the original paper submitted for filing a certificate stating the date that a true and correct copy of the document was mailed to the Defendants or counsel for the Defendants.  The Court may disregard any paper received by a district judge or magistrate judge which has not been filed with the clerk, and any paper received by a district judge, magistrate judge or the clerk which fails to include a certificate of service.

DATED: This 31st day of October, 2016.

_____
United States Magistrate Judge