# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| TONY L. HOBSON,<br><br>        Plaintiff,<br><br>vs.<br><br>CLARK COUNTY DETENTION CENTER, *et al.*,<br><br>        Defendants. | 2:16-cv-00437-JAD-VCF<br>**ORDER** |

Before the court is Plaintiff's Motion to Reattempt Service on Defendants (ECF No. 18). On October 31, 2016, the court ordered issuance of Summons for Defendants Cera and Sgt Graham. (ECF No. 7). For Defendant Cera, Plaintiff completed the USM-285 form, describing the defendant as "Cera (P#2228". (ECF No. 14). The U.S. Marshal's Office attempted service of a Summons and complaint using this form and returned the form stating that the Marshal was not able to locate this defendant. The Marshal reported that service was attempted, but "p# number and name do not match/metro refused." *Id.*

Plaintiff states that he never received a USM-285 form for Defendant Sgt Graham. (ECF No. 18). Plaintiff requests the court additional time to serve Defendants Cera and Sgt Graham. *Id.*

Accordingly, Plaintiff's Motion (ECF No. 18) is GRANTED as follows:

IT IS HEREBY ORDERED that a *subpoena duces tecum* be issued to the custodian of records at the Clark County Detention Center directing the custodian to determine the first and last name and last-known address(es) of an officer Cert who worked at the Clark County Detention Center in January, 2016. The U.S. Marshal is directed to serve this subpoena, together with a copy of this order to the custodian of records at the Clark County Detention Center.

IT IS FURTHER ORDERED that the custodian of records file UNDER SEAL a response to this subpoena within twenty (20) days of receipt. The clerk is directed to then complete a USM-285 form

including the information provided by the custodian regarding Defendant Cert, and deliver that completed form, together with a Summons for Defendant Cert, to the U.S. Marshal. Within thirty (30) days of receipt of the Summons and USM-285 form, the Marshall must serve the summons and a copy of the Complaint (ECF No. 5) on Defendant Cert and file a REDACTED copy of the USM-285 form showing whether service has been accomplished. THE MARSHAL MUST REDACT FROM THIS FILED RETURN OF SERVICE ALL PERSONAL IDENTIFIERS CONTAINED IN THE USM-285.

The Clerk of Court is directed to send the summons on Sgt Graham P#6896 to the U.S. Marshal for service. The Clerk shall send Plaintiff a USM-285 form for Sgt Graham. Clerk also shall send a copy of the complaint (ECF No. 5) and a copy of this order to the U.S. Marshal for service on Sgt Graham. Plaintiff shall have thirty (30) days within which to furnish to the U.S. Marshal the required USM-285 form with relevant information as to Sgt Graham. Within twenty (20) days after receiving from the U.S. Marshal a copy of the USM-285 forms showing whether service has been accomplished, Plaintiff must file a notice with the Court identifying if Sgt Graham was served.

If Plaintiff wishes to have service again attempted on an unserved Defendant(s), then a motion must be filed with the Court identifying the unserved Defendant(s) and specifying a more detailed name and/or address for said Defendant(s), or whether some other manner of service should be attempted.

IT IS SO ORDERED.

DATED this 28th day of April, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE