# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| TONY L. HOBSON,<br><br>    Plaintiff,<br><br>vs.<br><br>CLARK COUNTY NEVADA, *et al.*,<br><br>    Defendants. | 2:16-cv-00437-JAD-VCF<br>**ORDER** |

  Before the Court is Defendants' Motion to Extend Discovery (ECF No. 34).

  Pursuant to LR 7-2(d), the failure of an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to the granting of the motion. Here, the time to oppose has passed and no opposition has been filed. It would seem though Hobson has consented to the instant motion.

  Accordingly, and good cause appearing,

  IT IS HEREBY ORDERED that Defendants' Motion to Extend Discovery (ECF No. 34) is GRANTED.

  IT IS FURTHER ORDERED that the following deadlines apply:

  1. DISCOVERY: Pursuant to LR 16-1(b), discovery in this action shall be completed on or before **March 9, 2018**.

  2. Dispositive Motions shall be filed and served no later than **April 9, 2018**.

  3. The Joint Pretrial Order is due by **May 9, 2018**. If dispositive motions are filed, the joint pretrial order is due thirty (30) days from the entry of the court's rulings on the motions or by further order of the court.

4. The Interim Status Report must be filed or before **January 8, 2018**.

IT IS SO ORDERED.

DATED this 4th day of January, 2018.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE