# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| TONY L. HOBSON,<br><br>        Plaintiff,<br><br>vs.<br><br>CLARK COUNTY NEVADA, *et al.*,<br><br>        Defendants. | 2:16-cv-00437-JAD-VCF<br>**ORDER** |

Before the Court is Defendants' Motion to Extend Discovery (ECF No. 37).

Under LR 7-2(d), the failure of an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to the granting of the motion. No opposition has been filed and the time to file an opposition has passed.

Accordingly,

IT IS HEREBY ORDERED that Defendants' Motion to Extend Discovery (ECF No. 37) is GRANTED and the following discovery deadlines apply:

| | |
|---|---|
| Discovery Cut-off | April 9, 2018 |
| Dispositive Motions | May 9, 2018 |
| Joint Pretrial Order | June 8, 2018 |

If dispositive motions are filed, the deadline for filing the joint pretrial order will be suspended until 30 days after decision on the dispositive motions or further court order.

DATED this 2nd day of March, 2018.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE